84,116-01
03       3/06/18

Roderick D. Creag Sr.
#1877473
Robertson Unit
12071 FM 3522
Abilene, Texas 79601

Tr. Ct. No. 12CR-145-1,
        12CR-146-1,
        12CR-147-1

To the Clerk, Abel Acosta,

    I Roderick D. Creag Sr, am writing to check the status on my 11.07 writ of habeas corpus that was recieved in your courts and filed on the 02 day of November, 2015. I recieved a white card notice with said information and have recieve no further communications since, so I would just like to check on this status of it. Thanks for your time concerning this matter.

                    Sincerely

                    Roderick D. Creag Sr.
                    Roderick D. Creag Sr.

Other parties include:

Trial and appellate counsel for the state
Donna Kaspar
Houston County District Attorney
401 E. Houston Ave
Crockett, Texas 75835

Trial and Appellate Counsel
Mark W. Cargill
TBC# 00787201
710 N. Elm
Palestine, Tx. 75801

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 12 2018

Deana Williamson, Clerk